*Guzmán Benítez* for petitioner. *Mr. Cay. Coll y Cuchí* for respondent.

---

No. 135. Labadie et al. *v.* Pellot.—Appeal from the District Court of Aguadilla. Motion to dismiss appeal. Decided April 16, 1907. Appeal dismissed on account of failure to comply with section 299 of the Code of Civil Procedure and sections 50 and 54 of the Rules of this court. *Mr. Damián Monserrate* for petitioner. *Messrs. Horton and Cornwell* for respondent.

---

No. 137. Ex Parte Rodríguez.—Appeal from the District Court of San Juan. Motion to dismiss appeal. Decided April 29, 1907. Appeal dismissed on account of failure to comply with the provisions of section 299 of the Code of Civil Procedure and section 54 of the Rules of this court. *Mr. Morera* for petitioner. *Mr. Anderson, Jr.,* for respondent.

---

· No. 14. Ex Parte Belpré.—Application for a writ of *habeas corpus.* Decided May 14, 1907. Application denied. *Mr. Rodríguez Cebollero* for petitioner.

---

No. 122. Mayoral *v.* Alvarado.—Appeal from the District Court of Ponce. Motion to dismiss appeal. Decided May 29, 1907. Appeal dismissed on account of failure to comply with the provisions of section 54 of the Rules of this court. *Messrs. Cuevillas and Méndez* for petitioner. *Mr. López Landrón* for respondent.